IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **GARY P. EAST,** | ) |
| Plaintiff, | ) ) ) |
| v. | )  **Case No. CIV-12-225-RAW-KEW** |
| **CAROLYN W. COLVIN,** **Acting Commissioner of Social Security Administration,** | ) ) ) ) ) |
| Defendant. | ) |

### ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On September 5, 2013, Magistrate Judge West entered her Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 25th day of September, 2013.

```
Dated this 25th day of September, 2013.
```

*/s/ Ronald A. White*
Ronald A. White
United States District Judge
Eastern District of Oklahoma