# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

GARY P. EAST,               )
                                )
            Plaintiff,      )
                                )
v.                            )     **Case No. CIV-12-225-RAW**-KEW
                                )
CAROLYN W. COLVIN,    )
**Acting Commissioner of Social**    )
**Security Administration,**     )
                                )
            Defendant.    )

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On September 5, 2013, Magistrate Judge West entered her Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 25th day of September, 2013.


Dated this 25th day of September, 2013.


_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma